United States District Court
Southern District of Texas
**ENTERED**
April 04, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ANTHONY PRATT | § |
| | § |
| Plaintiffs, | § |
| | § |
| v. | § Civil Action No. H-18-2293 |
| | § |
| WELLS FARGO BANK, N.A. | § |
| SUCCESSORS IN INTEREST, | § |
| | § |
| Defendant. | § |

## FINAL JUDGMENT

Because the Court has granted summary judgment in favor of Defendant Wells Fargo Bank, N.A. on all claims asserted in this lawsuit by Plaintiff Anthony Pratt, the Court hereby

**ORDERS** that Plaintiff's case is **DISMISSED.**

**THIS IS A FINAL JUDGMENT.**

SIGNED at Houston, Texas, on this __4__ day of April, 2019.

DAVID HITTNER
United States District Judge